UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico Corporation,<br><br>Debtor, | Chapter 11<br><br>Case No. 18-13027-t11 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY; ARROWOOD INDEMNITY COMPANY, formerly known as Royal Indemnity Company, successor by merger to Royal Insurance Company of America; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, as itself and as successor to or assignee of St. Paul Mercury Insurance Company and St. Paul Mercury Indemnity Company; and UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendants. | Adversary Proceeding No.:22-01005-t |

**MOTION OF ARROWOOD INDEMNITY COMPANY TO WITHDRAW
THE GENERAL ORDER OF REFERENCE AND TO REMOVE THE
ADVERSARY PROCEEDING PENDING IN THE U.S. BANKRUPTCY
COURT FOR THE DISTRICT OF NEW MEXICO TO THE
<u>U.S. DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO</u>**

Arrowood Indemnity Company, formerly known as Royal Indemnity Company, successor by merger to Royal Insurance Company of America ("Arrowood"), pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Local Rule 5011-1 of the U.S. Bankruptcy Court for the District of New Mexico (the "Bankruptcy Court"), and for good cause shown, hereby

respectfully moves to withdraw reference of the U.S. District Court for the District of New Mexico to the Bankruptcy Court with respect to *Roman Catholic Church of the Archdiocese of Santa Fe v. Great American Insurance Company, Arrowood Indemnity Insurance Company, St. Paul Fire and Marine Insurance Company, and United States Fire Insurance Company*, Adversary Proceeding No. 22-01005-t (the "Adversary Proceeding"), pursuant to original jurisdiction granted to the District Court by 28 U.S.C. § 1334(a) and diversity jurisdiction granted by 28 U.S.C. § 1332(a) and supported by the attached memorandum of law.

WHEREFORE, Arrowood Indemnity Company respectfully requests that the District Court:

1. Withdraw the Order of Reference to the Bankruptcy Court and remove the Adversary Proceeding to the District Court; and

2. Enter such other and further relief as the Court shall deem just and proper.

This the 28th day of February, 2022.

                                                    Respectfully submitted,

                                                    CLYDE & CO US LLP

                                                    By: */s/ Bruce D. Celebrezze*
                                                         Bruce D. Celebrezze
                                                         Brian D. Harrison
                                                         150 California Street, 15th Floor
                                                         San Francisco, CA 94111
                                                         Telephone: 415 365-9800
                                                         Facsimile: 415 365-9801
                                                         Email: bruce.celebrezze@clydeco.us
                                                                brian.harrison@clydeco.us

CARRUTHERS & ROTH, P.A

By: */s/ Britton C. Lewis*
    Britton C. Lewis
    235 N. Edgewood St.
    P.O. Box 540 (27402)
    Greensboro, NC 27401
    Telephone: 336 379-8651
    Facsimile: 336 273-7885
    Email: bcl@crlaw.com

CIVEROLO, GRALOW & HILL, P.A.

By: */s/ Lisa Entress Pullen*
    Lisa Entress Pullen
    5981 Jefferson Street NE, Suite C
    Albuquerque, NM 87109
    Telephone: 505 842-8255
    Facsimile: 505 764-6099
    Email: pullenl@civerolo.com

*Attorneys for Arrowood Indemnity Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 28, 2022, a true copy of the foregoing document was delivered via the CM/ECF filing system to all counsel of record.

*/s/ Lisa Entress Pullen*
Lisa Entress Pullen